JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:24-cv-03718-MEMF-AJR                                    Date: August 13, 2024

Title  *Jose Arciga v. Skanska Traylor Shea JV et al*

Present: The Honorable:  Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Order re Settlement**

On August 12, 2024, Plaintiff Jose Arciga and Defendants Skanska-Traylor-Shea JV and Skanska USA Civil West California District, Inc. filed a Notice of Settlement, which indicated that the parties had reached a full settlement of this action and anticipate filing a stipulation of dismissal within 30 days. *See* ECF No. 12.

In light of the Notice of Settlement, the Court hereby ORDERS that the action is STAYED and administratively closed until 30 days from the date of this Order. The parties are ORDERED to file, within 30 days of this Order, either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been finalized. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of 31 days from the date of this Order.

:
**Initials of Preparer**   DBE