**SANI LAW, APC**
Sam Sani (SBN 273993)
595 E. Colorado Blvd., Suite 522
Pasadena, CA 91101
Telephone:   (310) 935-0405
Facsimile:   (310) 935-0409
ssani@sanilawfirm.com

**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
2155 Campus Drive, Suite 180
El Segundo, California 90245
Telephone:   (424) 292-2350
Facsimile:   (424) 292-2355
phaines@haineslawgroup.com

Attorneys for Plaintiff
JOSE ARCIGA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARCIGA, an individual, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SKANSKA-TRAYLOR-SHEA JV, an entity of unknown form; SKANSKA USA CIVIL WEST CALIFORNIA DISTRICT, INC. a California Corporation; and DOES 1 through 100,<br><br>                    Defendants. | **Case No.: 2:24-cv-03718 MEMF (AJRx)**<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(ii) AS TO PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND AS TO PLAINTIFF'S PURPORTED CLASS ACTION ALLEGATIONS AND CLAIMS WITHOUT PREJUDICE**<br><br>Complaint filed:   April 4, 2024<br>Trial Date:           Not set |

Plaintiff Jose Arciga and Defendant Skanska-Traylor-Shea JV and Skanska USA Civil West California District, Inc., by and through their respective undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly and mutually stipulate to the dismissal of Plaintiff's Class Action Complaint in this case in its entirety as follows: (1) with prejudice with respect to Plaintiff's individual claims, and (2) without prejudice as to Plaintiff's putative class action allegations and claims, including all claims asserted herein against any party and by virtue of any pleading entered or filed in this proceeding. The parties further stipulate the removal of the case from the Court's docket. All parties to bear their own attorneys' fees and costs.

Dated: 8/12 , 2024,          **SANI LAW, APC**

By: _____

Sam Sani
*Attorneys for Plaintiff*
JOSE ARCIGA

Dated: 8/12 , 2024          **LITTLER MENDELSON P.C.**

By: _____

Jaime B. Laurent
Jonathan A. Heller
*Attorneys for Plaintiff*
SKANSKA-TRAYLOR-SHEA JV
SKANSKA USA CIVIL WEST
CALIFORNIA DISTRICT, INC.